Daniel S. Morgan
MORGAN PIERCE, PLLP
P.O. Box 1690
Missoula, MT 59806-1690
Phone: (406) 830-3875
Fax:   (406) 830-3876
Email: dan@morgan-pierce.com
State Bar of Montana ID No. 3934
*Attorney for Debtors*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re<br><br>**ERNEST WOODROW BARSTAD and CHRISTINE RAGAN BARSTAD,**<br><br>Debtors<br><br>---<br><br>**ERNEST WOODROW BARSTAD and CHRISTINE RAGAN BARSTAD,**<br><br>Plaintiffs,<br><br>**vs.**<br><br>**GLENN DAVIDSON, and TOM IDE, individually, ALBERT BURNEY, Inc., an Alabama Corporation, and RIVERBEND REALTY, LLC, a Montana corporation,**<br><br>Defendants. | Case No. **17-60586**<br><br><br><br>Adv. Proc. **17-_____** |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1452(a), the Defendants, Ernest Woodrow Barstad and Christine Ragan Barstad [hereinafter Barstads], hereby give Notice of Removal of two Montana District Court cases involving the Barstads to the United

States Bankruptcy Court for the District of Montana. Pursuant to the requirements of Fed. R. Bankr. P. 9027(a), the Barstads provide the following background and reasons for removal:

(1) There are two cases in Montana Third Judicial District Court, Powell County involving Debtors. On August 11, 2016, the Barstads were sued by Glenn Davidson (Cause No. DV-16-68). Tom Ide also sued the Barstads. (Cause No. DV-16-69). The state court consolidated these two cases under **Cause No. DV-16-68**.

(2) In the second case to be removed, on February 15, 2017, the Barstads filed their Complaint against Glenn Davidson, Tom Ide, Albert Burney, Inc. and Riverbend Realty, LLC (**Cause No. DV-17-12**).

(3) The two cases arises from the 2016 auction and purported sale of Debtors' Montana residential real property. Debtors' Montana home is located on 320 acres of real property located at 3401 Dry Gulch Road in Ovando, Montana. The Barstads contracted with Albert Burney, Inc. ("Burney"), an auction company, to conduct an auction to sell their property. That auction was held on June 30, 2016. Bidders Glenn Davidson ("Davidson") and Tom Ide ("Ide") each provided their bid deposits in the amount of $50,000.00 in funds that were deemed acceptable by Burney. The Barstads' property was auctioned as two separate parcels. Burney declared Davidson the winning bidder for Parcel 1 and Ide the winning bidder for Parcel 2. A dispute has arisen between the parties regarding whether the sale is valid, whether the auction company and real estate company took proper action with the sale, and whether the Barstads must perform under the Buy Sale Agreements.

(4) On June 15, 2017, Woodrow and Christine Barstad filed a Chapter 13 bankruptcy petition with the United States Bankruptcy Court for the District of

Montana. The petition was assigned Bankruptcy Case No. 17-60586. On August 11, 2017, Glenn Davidson and Tom Ide filed an Adversary Complaint in Bankruptcy Court asking for declaratory relief and specific performance relating to the sale of the property, which is the dispute in the Montana state court.

(5) The district court has jurisdiction under § 1334 of Title 28 over the claims and causes of action removed; and the proceeding is a civil action other than a proceeding before the Tax Court or a civil action by a governmental unit to enforce the government unit's police or regulatory power. (See 28 U.S.C.A. § 1452(a)).

(6) This Notice of Removal is timely under Fed. R. Bankr. P. 9027(a)(2) as the claim or cause of action in a civil action is pending when a case under the Code is commenced, a notice of removal may be within 90 days after the order for relief in the case under the Code.

(7) The underlying civil actions are pending in Montana state court in Powell County, making the United States Bankruptcy Court for the District of Montana, Butte Division, the appropriate court to which this matter should be removed. Pursuant to a first-day Motion to Change Venue, the instant bankruptcy case was transferred to the Missoula division, which is the most convenient forum for all parties.

(8) The Barstads are entitled to remove these two cases because the determination of the rights between the parties listed is inextricably intertwined with the Barstads' reorganization plan and a resolution of all the competing claims between the parties;

(9) This is a core proceeding pursuant to the following subsections of 28 U.S.C. § 157(b)(2): B, C, E, F, K, L, & O.

(10) The undersigned is filing and serving a related Notice of Removal in the state court along with this Notice on all counsel of record.

(11) Due to the complex nature and history of the state court litigation, it is not practical to file all of the process and pleadings in the two state court cases at the same time as this Notice is filed. The documents can be provided within 14 days.

WHEREFORE, Defendants, Ernest Woodrow Barstad and Christine Ragan Barstad notifies you that **Cause No. DV-16-68 and Cause No. DV-17-12**, formerly pending in the Montana Third Judicial District Court, Powell County, Montana, have been removed to the United States Bankruptcy Court for the District of Montana, Missoula Division. The Barstads have also filed Notices of Removal with the Third Judicial District Court, Powell County, Montana, requesting that the Clerk of that Court forward the original case file to this Court, and are serving those Notices contemporaneously.

DATED this 13th day of September, 2017.

MORGAN PIERCE, PLLP

By: */s/ Daniel S. Morgan*
Daniel S. Morgan

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under penalty of perjury that on September 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the Case Trustee, the U.S. Trustee, all counsel of record and all individuals and/or entities requesting special notice electronically.

I ALSO HEREBY CERTIFY under penalty of perjury that on the same date stated above, I mailed by first-class U.S. mail, postage prepaid, a copy of the foregoing pleading to:

J. Andrew Person
GARLINGTON, LOHN & ROBINSON, PLLP
P.O. Box 7909
Missoula, MT 59807

Graham J. Coppes
FERGUSON LAW OFFICE, PLLC
P.O. Box 8359
Missoula, MT 59807

Scott Hagel
CROWLEY FLECK, PLLP
P.O. Box 759
Missoula, MT 59803-0759

Don C. Peter
ST. PETER LAW OFFICES, P.C.
P.O. Box 17255
Missoula, MT 59808

Jill Gerdrum
AXILON LAW OFFICE, PLLC
Millennium Building, Suite 403
125 Bank Street
Missoula, MT 59802

                                            */s/ Daniel S. Morgan*
                                            Daniel S. Morgan